UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD POLEMENI,

                Plaintiff,

-vs-                                Case No. 2:10-cv-94-FtM-36SPC

WELLS FARGO BANK and JOHN DOE(S),

                Defendants.
_____/

**ORDER**

This matter comes before the Court on the Motion for Extension of Time (Doc. #14) filed on March 25, 2010. The Motion was referred to this Court on March 25, 2010. The Plaintiff moves the Court for a brief extension of time to respond to the Defendant's Motion to Dismiss (Doc. #9). As grounds, Counsel indicates additional time is necessary as a result of his unavailability due to medical reasons. Pursuant to Local Rule 3.01(g), opposing Counsel does not oppose the relief requested. Having found good cause, the Court will grant the relief requested.

Accordingly, it is now **ORDERED:**

The Motion for Extension of Time (Doc. #14) is **GRANTED**. The Plaintiff shall have up to and including **APRIL 9, 2010**, to file the response to the Motion to Dismiss.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of March, 2010.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record